IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR242 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KIT KING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to appoint counsel (filing 131) is denied.

July 26, 2006.                                  BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge