```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

IN RE: Criminal Cases

    This matter is before the Court upon the Court's own motion:

    IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION | HEARING DATE |
|---|---|---|
| 4:00CR 242 | USA v. Kit King<br>(Exhibits 1-12,14,16 only) | 6/26/01 |
| 4:00CR3092 | USA v. Miguel Rodriquez | 3/6/01 |
| 4:01CR3063 | USA v. Lamont Smith | 8/12/03 |
| 4:01CR3106 | USA v. John E. Davis | 3/06/03 |
| 4:02CR3039 | USA v. Jose Barajas-Perez | 2/14/05 |
| 4:02CR3158 | USA v. Gamal Omer Sharif<br>and Ali Abdul-Azez Sofyan | 3/18/03 |
| 8:03CR411 | USA v. Robert C. Cave, III | 4/14/05 |
| 4:03CR3000 | USA v. Amanda Tankersley | 6/03/03 |
| 4:03CR3001 | USA v. Phillip Wanning | 2/1/05 |
| 4:03CR3004 | USA v. Hugh Beltran-Gomez<br>(Exhibits 1-10,17,19-22 only) | 12/15/03 |
| 4:03CR3009 | USA v. William M. Hulka | 9/15/03 |
| 4:03CR3012 | USA v. Tango L. Crenshaw | 4/22/03 |
| 4:03CR3014 | USA v. Khanh Huu Nguyen | 10/27/03 |
| 4:03CR3014 | USA v. Ha T. T. Nguyen | 10/29/03 |
| 4:03CR3018 | USA v. James D. Swanson | 12/22/03 |
| 4:03CR3025 | USA v. Jason Elliot Ramsay | 11/24/03 |
| 4:03CR3029 | USA v. Duane Ready | 1/12/04 |
| 4:03CR3033 | USA v. Michelle R. Freriks | 4/21/03 |
| 4:03CR3043 | USA v. James E. Mullin | 6/19/03 |
| 4:03CR3065 | USA v. Vince A. Schaffer | 7/16/03 |
| 4:03CR3067 | USA v. Sergio Arellano-Hernandez | 5/26-28/04 |
| 4:03CR3085 | USA v. Phillip Colley | 2/23/05 |
| 4:03CR3085&86 | USA v. Phillip Colley | 12/19/03 |
| 4:03cr3085&86 | USA v. Phillip Colley | 3/9/04 |
| 4:03CR3096 | USA v. Regina L. Rathjen | 2/24/04 |
| 4:03CR3098 | USA v. Clarence Edward Duell, Jr. | 11/6/03 |
| 4:03CR3105 | USA v. Larry E. Baxter | 12/1/03 & 2/9/04 |
| 4:03CR3109 | USA v. Thomas G. Hall | 10/23/03 |
| 4:03CR3126 | USA v. Keaton Lee Amos | 12/21/04 |
| 4:03CR3132 | USA v. Trinidad Hernandez-Olea | 5/21/04 |
| 4:03CR3134 | USA v. James M. Clark | 3/18/04 |
| 4:03CR3159 | USA v. Arturo Mendoza-Mendoza | 12/13/04 |
| 8:04CR47 | USA v. Chad Pelley | 9/9/04 |
| 8:04CR164 | USA v. Michael Tucker | 1/28/05; 3/31/05 |

```
4:04CR3004      USA v. Dennis C. Timmerman       3/9-10/04; 7/18/05
4:04CR3005      USA v. Jason E. Vanovereem       4/20/04
4:04CR3017      USA v. Donald Bowers             5/2/05
4:04CR3050      USA v. Carlos Davila Tellez      10/13/04
4:04CR3079      USA v. Benny Amaro               11/9/04
4:04cr3081      USA v. Malcolm Anderson,         3/9/05, 3/15/05 &
                  & Brian Parker                 3/22/05
4:04CR3110      USA v. Lueth Phetvihanh          10/14/04
4:04CR3112      USA v. Bouangeune Saysavanh      4/5/05
4:04CR3151      USA v. Jose Delapaz              6/27/05
4:04CR3156      USA v. Joe M. Delgado, Jr.       12/2/04
4:04CR3159      USA v. Michael Siwek             3/1/05 & 9/1/05
4:04CR3167      USA v. Melvin A. Jones           1/10/05
```

DATED this 14th day of February, 2007.

BY THE COURT

s/ *RICHARD G. KOPF*
United States District Judge